IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COUNTRY MUTUAL INSURANCE COMPANY :
    a/s/o  :
SOUTHLAND CONDOMINIUM  :
ASSOCIATION,  :
    Plaintiff,  :
    : Civil No. 5:20-cv-06409-JMG
    v.  :
    :
HEIDI SALIM,  :
    Defendant/Third-Party Plaintiff,  :
    :
    v.  :
    :
DAVID LEWIS and PATICIA LEWIS,  :
    Third-Party Defendants.  :

**ORDER**

**AND NOW**, on this 6th day of February, 2023, upon consideration of the Motion for Summary Judgment of Third-Party Defendants David Lewis and Patricia Lewis (ECF No. 28), the Response in Opposition of Defendant and Third-Party Plaintiff Heidi Salim (ECF No. 30), and any attachments and exhibits thereto, **IT IS HEREBY ORDERED** that, for the reasons set forth in the accompanying Memorandum, the Motion is **DENIED IN PART AND GRANTED IN PART**:

    a. Third-Party Defendants' Motion to for Summary Judgment is **DENIED** as to Defendant's claim that, to the extent Plaintiff is entitled to any relief against Defendant, Third-Party Defendants are liable to Defendant for all or part of the same in negligence.

    b. Third-Party Defendants' Motion for Summary Judgment is **GRANTED** as to Defendant's claim that, to the extent Plaintiff is entitled to any relief against Defendant, Third-Party Defendants are liable to Third-Party Plaintiff for all or part of the same

pursuant to the Lease Agreement[1].

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

---

[1] As defined in the accompanying Memorandum, "Lease Agreement" refers to the lease agreement between Third-Party Plaintiff and Third-Party Defendants, attached as Exhibit B to the Amended Third Party Complaint (ECF No. 11) and contained in the Joint Appendix at JA017-JA032 (ECF No. 28-3).